# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| BP AMERICA PRODUCTION COMPANY, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> NATIONAL OILWELL VARCO, L.P., *et al.*, <br>     Defendants. | CIVIL ACTION NO. H-10-1162 |

## AMENDED ORDER

Defendants' Unopposed Motion to Consolidate [Doc. # 52] is hereby **GRANTED IN PART** and **DENIED IN PART**. It is

**ORDERED** that *BP Exploration & Production, Inc., et al. v. National Oilwell Varco, LP, et al.*, Civil Cause No. 4:09-CV-03360, be consolidated into *BP Exploration & Production, Inc., et al. v. National Oilwell Varco, LP, et al.*, Civil Cause No. 4:10-CV-01162, for all purposes, including trial. This Order amends the previously issued Order of April 19, 2010 [Doc. # 53].

SIGNED at Houston, Texas, this 7th day of **May, 2010**.

Vanessa Gilmore
United States District Judge