IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BP EXPLORATION & PRODUCTION, INC., ET AL. | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:10-CV-01162 |
| NATIONAL OILWELL VARCO, LP, ET AL. | § § § | HON. VANESSA GILMORE PRESIDING |
| Defendants. | § | |

ORDER ON UNOPPOSED MOTION TO SET SUBMISSION DATE

After due consideration of Defendants' motion to set a submission date for their previously filed motion for leave to file counterclaims, *is DENIED AS MOOT* the Court finds there is no motion for leave to file counterclaims *currently pending. The submission date will be 20 days after the motion is filed in accordance with local rules.*

IT IS SO ORDERED this 14th day of June, 2010.

Hon. Vanessa Gilmore
United States District Judge