IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BP EXPLORATION & PRODUCTION, INC., ET AL. | § § § | |
| Plaintiff, | § § | 10 cv 1162 |
| v. | § § | CIVIL ACTION NO. 4:09-CV-03360 |
| NATIONAL OILWELL VARCO, LP, ET AL. | § § § | |
| Defendants. | § | |

## ORDER

After due consideration of the motions and responses, IT IS ORDERED that:

Defendants National Oilwell Varco, L.P., National Oilwell Varco, Inc., National Oilwell Norway AS, Hydralift Amclyde, Inc., and Hydralift, Inc.'s motion for leave to file their counterclaims against plaintiffs BP America Production Company, BP Exploration & Production, Inc. and American Home Assurance Company is GRANTED, and the counterclaims of defendants National Oilwell Varco, L.P., National Oilwell Varco, Inc., National Oilwell Norway AS, Hydralift Amclyde, Inc., and Hydralift, Inc. attached as Exhibit 1 to said motion for leave are deemed filed in this lawsuit on this date.

IT IS SO ORDERED this 8th day of July, 2010.

_____
United States District Judge