IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BP AMERICA PRODUCTION CO., *et al.* | § § § | |
| Plaintiff, | § § | |
| versus | § § | CIVIL ACTION NO. H-10-1162 |
| NATIONAL OILWEL VARCO, L.P., *et al.* | § § § | |
| Defendants. | § | |

## ORDER

The parties are ORDERED to report to the Court on or before **October 1, 2010,** the status of any settlement discussions which may lead to a prompt resolution of the case. Indicate in your report whether the parties desire that the case be sent to mediation, judicial settlement conference or another form of Alternative Dispute Resolution (ADR).

The Clerk shall enter this Order and provide a copy to all parties.

DONE this 8th day of September, 2010, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE