IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BP AMERICA PRODUCTION CO., et al. | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| versus | § | CIVIL ACTION NO.H-10-1162 |
| | § | |
| NATIONAL OILWELL VARCO, L.P., et al. | § | |
| | § | |
| Defendants. | § | |

## SCHEDULING ORDER

1. December 1, 2010 — **AMENDMENTS TO PLEADINGS and ADDITION OF NEW PARTIES**
Party requesting joinder will furnish a copy of this scheduling order to new parties.

**EXPERTS**

2a. April 1, 2011 — Plaintiff will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2).

2b. June 1, 2011 — Defendant will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(a)(2).

3. October 1, 2011 — **DISCOVERY**
Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery.

4. December 1, 2011 — **MOTIONS DEADLINE**
Including any motion challenging an expert witness. (only motions in limine on issues other than experts may be filed after this date)  The motion deadline may <u>not</u> be changed by agreement.

|     |                   | **JOINT PRETRIAL ORDER** |
|-----|-------------------|--------------------------|
| 5a. | February 16, 2012 | THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with a computer disc) |
| 5b. | February 20, 2012 | THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date. |
| 6.  | February 24, 2012 | **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A. |
| 7.  | March, 2012       | **TRIAL** Case is subject to being called to trial on short notice during this month. |
| 7a. | 4 weeks           | Estimated days to try |
| 7b. | Jury              | Trial to be jury or non-jury |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the ___8th___ day of ___Sept.___, 2010 at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE