UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BP AMERICA PRODUCTION COMPANY, *et al.* | § § § | |
| v. | § § | CIVIL ACTION NO. 10-CV-01162 *consolidated with* NO. 09-CV-03360 |
| NATIONAL OILWELL VARCO, LP, *et al.* | § § § § | |

### *EX PARTE* MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

Plaintiffs, BP America Production Company ("BP America"), BP Exploration & Production Inc. ("BPX&P"), and American Home Assurance Company ("American Home"), respectfully move the Court for leave to exceed the twenty (20) page limit for their Memorandum in Opposition to Motion for Partial Summary Judgment on Counterclaims for Contractual Indemnity filed by the NOV Defendants. Plaintiffs seek leave so that they may fully address the pertinent factual background and the many complex legal issues raised by defendants' motion.

                        Respectfully submitted,

                        LISKOW & LEWIS

                        /s/ S. Gene Fendler
                        S. Gene Fendler (La. Bar No. 5510)
                        *Admitted Pro Hac Vice*
                        **Attorney-in-Charge**
                        701 Poydras Street
                        Suite 5000, One Shell Square
                        New Orleans, LA 70139
                        Telephone:   (504) 581-7979
                        Facsimile:    (504) 556-4108
                        E-mail:       sgfendler@liskow.com

                        *Attorneys for BP America Production Company, BP Exploration & Production Inc., and American Home Assurance Company*

**Of Counsel**:

LISKOW & LEWIS
David W. Leefe (La. Bar No. 1479)
*Admitted Pro Hac Vice*
Carol Welborn Reisman (Tex. Bar No. 24052638)
Devin C. Reid (La. Bar No. 32645)
*Admitted Pro Hac Vice*
701 Poydras Street
Suite 5000, One Shell Square
New Orleans, LA 70139
Telephone:   (504) 581-7979
Facsimile:    (504) 556-4108
E-mail:       dwleefe@liskow.com
              cwreisman@liskow.com
              dcreid@liskow.com

**and**

Robert Hayden Burns (Tex. Bar No. 03456000)
Federal I.D. No. 375
First City Tower
1001 Fannin Street, Suite 1800
Houston, TX 77002
Telephone: (713) 651-2900
Facsimile: (713) 651-2908
Email: hburns@liskow.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of September, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record. I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to all attorney(s) of record who are non-CM/ECF participants.

/s/ S. Gene Fendler

927639_1