UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BP AMERICA PRODUCTION COMPANY, *et al.* | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 10-CV-01162<br>*consolidated with* NO. 09-CV-03360 |
| NATIONAL OILWELL VARCO, LP, *et al.* | §<br>§<br>§<br>§<br>§ | |

## *EX PARTE* MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF OPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND AMENDED PLAINTIFFS' ORIGINAL PETITION

NOW COME plaintiffs, BP America Production Company ("BP America"), BP Exploration & Production Inc. ("BPX&P"), and American Home Assurance Company ("American Home"), and respectfully move the Court for leave to file the attached Reply in Support of Opposed Motion for Leave to File First Amended Complaint and Amended Plaintiffs' Original Petition.

Respectfully submitted,

LISKOW & LEWIS

/s/ S. Gene Fendler
S. Gene Fendler (La. Bar No. 5510)
*Admitted Pro Hac Vice*
**Attorney-in-Charge**
701 Poydras Street
Suite 5000, One Shell Square
New Orleans, LA 70139
Telephone:    (504) 581-7979
Facsimile:     (504) 556-4108
E-mail:          sgfendler@liskow.com

*Attorneys for BP America Production Company, BP Exploration & Production Inc., and American Home Assurance Company*

**Of Counsel**:

LISKOW & LEWIS
David W. Leefe (La. Bar No. 1479)
*Admitted Pro Hac Vice*
Carol Welborn Reisman (Tex. Bar No. 24052638)
Devin C. Reid (La. Bar No. 32645)
*Admitted Pro Hac Vice*
701 Poydras Street
Suite 5000, One Shell Square
New Orleans, LA 70139
Telephone:    (504) 581-7979
Facsimile:     (504) 556-4108
E-mail:          dwleefe@liskow.com
                    cwreisman@liskow.com
                    dcreid@liskow.com

**and**

Robert Hayden Burns (Tex. Bar No. 03456000)
Federal I.D. No. 375
First City Tower
1001 Fannin Street, Suite 1800
Houston, TX 77002
Telephone:  (713) 651-2900
Facsimile:  (713) 651-2908
Email:  hburns@liskow.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of September, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record. I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to all attorney(s) of record who are non-CM/ECF participants.

/s/ S. Gene Fendler

929384_1

- 3 -