IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BP AMERICA PRODUCTION CO., et al. | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| versus | § | CIVIL ACTION NO.H-10-1162 |
| | § | |
| NATIONAL OILWELL VARCO, L.P., et al. | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Pending before the Court is Hydralift AS' Motion to Dismiss Pursuant to Rule 12(b)(2). (Instrument No. 59). The Court finds that Hydralift AS' Motion to Dismiss Pursuant to Rule 12(b)(2) is **GRANTED**. **(Instrument No. 59)**. Accordingly, any and all claims asserted against Hydralift AS are **DISMISSED** without prejudice.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 22nd day of September, 2010 at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE