# Ware Jackson Lee Chambers

September 24, 2010

Honorable Vanessa D. Gilmore
United States Courthouse
515 Rusk Street, Room 9513
Courtroom 9A
Houston, Texas 77002

Re: Civil Action No. 4:10-CV-01162 *consolidated with* 4:09-CV-03360; BP Exploration & Production, Inc., et al. v. National Oilwell Varco, L.P., et al.; In the United States District Court for the Southern District of Texas, Houston Division

Dear Judge Gilmore:

The parties are talking about settlement, and we would like to ask the Court extend the due date to file further briefing pending motions until no sooner than November 8, 2010, and that the Court table and hold consideration on those motions until after such briefing is filed

- Plaintiffs' motion for leave to file amended complaint: On August 30, 2010, the plaintiffs filed their opposed motion for leave to file an amended complaint. The National Oilwell Varco defendants filed their opposition on September 20, 2010. On September 22, 2010, the plaintiffs filed their reply in support of their opposed motion for leave to file an amended complaint. The parties anticipate they may want to file further briefing since this issue is tied into the pending motion for partial summary judgment addressed in the paragraph below. All parties jointly request that the Court extend the due date to file further briefing on the opposed motion for leave to file amended complaint until no sooner than November 8, 2010, and that the Court table and hold consideration on the pending motion for leave to file amended complaint. We are also filing a joint motion and agreed order on this point.

- The National Oilwell Varco defendants' motion for partial summary judgment: On September 3, 2010, the National Oilwell Varco defendants filed a Motion for Partial Summary Judgment on Counterclaim for Contractual Indemnity. The plaintiffs filed their opposition to the motion for summary judgment on Wednesday, September 22. The National Oilwell Varco defendants reply would be due on October 6, 2010. All parties jointly request that the Court extend the due date for the National Oilwell Varco defendants' reply until no sooner than November 8, 2010, and for further briefing by the plaintiffs, and that the Court table and hold consideration on this matter. We are also filing a joint motion and agreed order on this point.

We anticipate the settlement conversations will be concluded within the next three weeks.

A Limited Liability Partnership

America Tower, 42nd Floor  |  2929 Allen Parkway  |  Houston, Texas 77019-7101  |  Tel 713-659-6400  |  Fax 713-659-6262  |  www.warejackson.com

Thank you for your consideration of this matter and of our request.

Very truly yours,

WARE, JACKSON, LEE & CHAMBERS, L.L.P.

Eileen O'Neill

LISKOW & LEWIS

S. Gene Fendler    *by efo by permission*

EFO:rp
Nato0009

| cc: | Esthela Mares, Case Manager | *Via Messenger* |

United States District Clerk
P. O. Box 61010
Houston, Texas 77208

| cc: | J.D. Page | *Via Email* |

3155 Phoenix Tower
3200 Southwest Feeway
Houston, Texas 77027

| | Charles A. Mouton | *Via Email* |

Mahtook & Lafleur, L.L.C.
P. O. Box 3089
600 Jefferson St., Suite 1000
Lafayette, LA 70502

| cc: | Lawrence S. Kullman | *Via Email* |

Lewis, Kullman, Sterbcow & Abramson
2614 Pan American Life Center
601 Poydras St.
New Orleans, LA 70130

| cc: | Mr. S. Gene Fendler | *Via Email* |
|     | Mr. David W. Leefe  |             |

        Ms. Carol Welborn Reisman
        Mr. Devon C. Reid
        Liskow & Lewis
        701 Poydras Street
        Suite 5000, One Shell Square
        New Orleans, LA  70139

cc:    Mr. Robert Hayden Burns        ***Via Email***
        Liskow & Lewis
        First City Tower
        1001 Fannin, Suite 1800
        Houston, TX  77002