IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BP EXPLORATION & PRODUCTION, INC., et al., <br> Paintiffs, <br> <br> v. <br> <br> NATIONAL OILWELL VARCO, L.P., et al., <br> Defendants. | CIVIL ACTION NO. 4:10-CV-01162 <br> *consolidated with* NO. 4:09-CV-03360 <br> <br> <br> HON. VANESSA GILMORE <br> PRESIDING |

## ORDER GRANTING
## AGREED MOTION TO EXTEND DEADLINES AND TO DEFER CERTAIN MOTIONS

After due consideration of the motion it is ordered that:

The parties agreed motion to extend deadlines and to defer certain motions is GRANTED. It is therefore further ordered that:

The parties' deadlines for filing briefing in connection with pending motions is extended to November 8, and the Court will defer consideration of those motions, specifically BP's Opposed Motion to File Amended Complaint and NOV's Motion for Partial Summary Judgment on Contractual Indemnity, until that date.

IT IS SO ORDERED this 28th day of Sept, 2010.

Vanessa Gilmore
United States District Judge

ORDER GRANTING AGREED MOTION TO EXTEND DEADLINES AND TO DEFER CERTAIN MOTIONS     PAGE 1