# Ware Jackson Lee Chambers

October 1, 2010

Honorable Vanessa D. Gilmore
United States Courthouse
515 Rusk Street, Room 9513
Courtroom 9A
Houston, Texas 77002

      Re:    Civil Action No. 4:10-CV-01162 *consolidated with* 4:09-CV-03360; BP Exploration & Production, Inc., et al. v. National Oilwell Varco, L.P., et al.; In the United States District Court for the Southern District of Texas, Houston Division

Dear Judge Gilmore:

      The Plaintiffs do not oppose the dismissal without prejudice of Hydralift Amclyde, Inc. The parties are discussing settlement, and do not yet ask the Court's assistance beyond the Court's September 28, 2010 Order Granting Agreed Motion to Extend Deadlines And To Defer Certain Motions.

      Very truly yours,

      WARE, JACKSON, LEE & CHAMBERS, L.L.P.

      Eileen O'Neill

      LISKOW & LEWIS

      S. Gene Fendler    *by permission*

EFO:rp

cc:    J.D. Page                                                                       *Via Email*
       3155 Phoenix Tower
       3200 Southwest Freeway
       Houston, Texas 77027

A Limited Liability Partnership

America Tower, 42nd Floor | 2929 Allen Parkway | Houston, Texas 77019-7101 | Tel 713-659-6400 | Fax 713-659-6262 | www.warejackson.com

October 1, 2010
Page 2

| | | |
|---|---|---|
| cc: | Charles A. Mouton<br>Mahtook & Lafleur, L.L.C.<br>P. O. Box 3089<br>600 Jefferson St., Suite 1000<br>Lafayette, LA  70502 | *Via Email* |
| cc: | Lawrence S. Kullman<br>Lewis, Kullman, Sterbcow & Abramson<br>2614 Pan American Life Center<br>601 Poydras St.<br>New Orleans, LA  70130 | *Via Email* |
| cc: | Mr. S. Gene Fendler<br>Mr. David W. Leefe<br>Ms. Carol Welborn Reisman<br>Mr. Devon C. Reid<br>Liskow & Lewis<br>701 Poydras Street<br>Suite 5000, One Shell Square<br>New Orleans, LA  70139 | *Via Email* |
| cc: | Mr. Robert Hayden Burns<br>Liskow & Lewis<br>First City Tower<br>1001 Fannin, Suite 1800<br>Houston, TX  77002 | *Via Email* |