IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BP EXPLORATION & PRODUCTION, INC., ET AL. | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:10-CV-01162 |
| | § | *consolidated with* NO. 4:09-CV-03360 |
| v. | § § | |
| NATIONAL OILWELL VARCO, L.P., ET AL. | § § § | HON. VANESSA GILMORE |
| Defendants. | § | PRESIDING |

### ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND PLEADINGS

After considering Plaintiffs' motion for leave to file first amended complaint and amend Plaintiffs' original petition, any responses and replies, and all evidence on file, the Court determines that Plaintiffs' motion should be DENIED.

It is therefore ORDERED that Plaintiffs' motion for leave to file first amended complaint and amend Plaintiffs' original petition is DENIED. Without prejudice. The court may reconsider the issue after ruling on the outstanding motions for summary judgment.

SIGNED on this 15th day of Oct., 2010.

Hon. Vanessa Gilmore, Presiding