# PETROLEUM
## SUPPLY COMPANY

5847 San Felipe
Suite 3300
Houston TX - 77057
713/789-1400 Tel
713/361-4342 Fax

*****REPRINT*****

| | |
|---|---|
| P.O. Number | 1350274-000 OP |
| P.O. Date | 01/24/03 |
| Branch/Plt | 113000310 |
| Chg Ord # | 000 |
| C.O. Date | |

**Shipped From**
HYDRALIFT, INC.
ATTN.: ROLF GULLAKSEN; F: 281-925-2801
14450 JFK BLVD
HOUSTON TX 77032

**Shipped To**
Pride International
MAD DOG
5847 San Felipe, Suite 3300
HOUSTON TX 77057

Delivery Date - 07/17/03
Reference No - MD048
Currency -
Ordered By - METCALF, CRAIG L.

Incoterms   See Below
Ship Via   -

| LINE NO | DESCRIPTION/PART NUMBER | ORDERED | UNIT COST | U/M | EXTENDED AMT |
|---|---|---|---|---|---|
| | This equipment shall be subject to expediting by the company or its nominated representative. By acceptance of this purchase order and with proper notice, access is granted to seller's facilities and the facilities of its sub-vendors, for the purpose of field expediting. Communications regarding buyer's field expediting shall be directed to the attention of the Project Procurement Manager, Craig Metcalf. ------------------------------------------------ Inspection release and shipping: Seller shall only release the purchase order for shipment following issuance of a buyer's release to ship notice. The release of the equipment will only be approved by the Project Procurement Manager or the Project Expediter. The final release approval will be granted to the vendor only after the receipt and acceptance of the following vendor documents by PRIDE Document Control Department is confirmed: Interface Drawing - As Built Drawing - Preservation Procedure. Seller shall prepare a detailed packing list clearly showing the following: Project: Pride/BP Mad Dog Purchase Order Number_____ Number of crates/pallets/boxes Po items and total quantities in each | | | | |

**TAX EXEMPT**                                                                                   **Total**

Page:   11

POHOUSTON

# PETROLEUM
## SUPPLY COMPANY

5847 San Felipe
Suite 3300
Houston TX - 77057
713/789-1400 Tel
713/361-4342 Fax

*****REPRINT*****

| | |
|---|---|
| P.O. Number | 1350274-000 OP |
| P.O. Date | 01/24/03 |
| Branch/Plt | 113000310 |
| Chg Ord # | 000 |
| C.O. Date | |

**Shipped From**
HYDRALIFT, INC.
ATTN.: ROLF GULLAKSEN; F: 281-925-2801
14450 JFK BLVD
HOUSTON TX 77032

**Shipped To**
Pride International
MAD DOG
5847 San Felipe, Suite 3300
HOUSTON TX 77057

Delivery Date  -  07/17/03          Incoterms       See Below
Reference No  -  MD048              Ship Via     -
Currency        -
Ordered By    -  METCALF, CRAIG L.

| LINE NO | DESCRIPTION/PART NUMBER | ORDERED | UNIT COST | U/M | EXTENDED AMT |
|---|---|---|---|---|---|
| | crates/pallets/boxes
Weight and dimensions of each crates/pallets/boxes

A copy of the fully detailed packing list in a waterproof enclosure will be visibly attached to each crate/item. All packing shall provide the contents with adequate protection for U.S. domestic transportation handling. The fully detailed packing list and copy of the release to ship notice shall be faxed to TBA, Morgan Export, Inc. at the Pride Office in TBA at fax number TBA.

Shipping Address and Marking:
All crates and loose items shall be clearly marked with the following:
Project: Pride Offshore/BP Mad Dog
c/o TBA
Address: TBA
City & State: TBA
Purchase Order Number _____
Item Number_____

Change Order Management:
Any change orders shall be mutually agreed to in writing. Authorization for technical or commerical changes must come from the Pride Project Technical Lead Engineer and the Project | | | | |

**TAX EXEMPT**                                                                 Total