# PETROLEUM
## SUPPLY COMPANY
5847 San Felipe
Suite 3300
Houston TX - 77057
713/789-1400 Tel
713/361-4342 Fax

*****REPRINT*****

| P.O. Number | 1345702-000 OP |
|---|---|
| P.O. Date | 10/22/02 |
| Branch/Plt | 113000310 |
| Chg Ord # | 000 |
| C.O. Date | |

| | | | |
|---|---|---|---|
| **Shipped From** | HYDRALIFT, INC.<br><br>ATTN.: ROLF GULLAKSEN; F: 281-925-2801<br><br>14450 JFK BLVD<br><br>HOUSTON TX 77032 | **Shipped To** | Pride International<br><br>MAD DOG<br><br>5847 San Felipe, Suite 3300<br><br>HOUSTON TX 77057 |

| | | | |
|---|---|---|---|
| Delivery Date – 07/01/03 | | Incoterms | See Below |
| Reference No - MD010 | | Ship Via - | |
| Currency - | | | |
| Ordered By - METCALF, CRAIG L. | | | |

| LINE NO | DESCRIPTION/PART NUMBER | ORDERED | UNIT COST | U/M | EXTENDED AMT |
|---|---|---|---|---|---|
| 1 | Hydraulic Power Unit<br>1 x 75 GPM (3000/5000psi)<br>HYDRAULIC/POWER/UNIT<br>Hydraulic Power Unit<br>Package includes:<br>3 ea. 75 GPM Pumps-3,000 psi<br>3 ea. 154 HP- 480V Electric motors<br>1 ea. 800 Gal. (600 gal. minimum) Stainless Steel Reservio<br>1 ea. Titanium Radiator heat Exchangers with Circulation<br> pump.<br>1 ea. Local start/stop control panel.<br>-<br>Smart Start PLC Controls<br>for auto pump sequencing<br>Safe area rated<br>Lead/Lag control<br>Flow Sequencing<br>Ethernet interface to MD-Totco driller's house<br>Includes 800W x 600D x 2000H PLC<br>-<br>85 dba/Noise Isolation using pulsation dampeners and noise<br>hoods. Noise hoods are bolted/hinged over HPU skid and<br>positioned such to allow maintenance access to all<br>components. | 1 | 327059.250 | EA | 327,059.25 |
| 2 | FINE PARTICLE FILTRATION<br>UNIT<br>FILTRATION UNIT-HYL<br>Reduce water and contamination in tank | 1 | 7021.880 | EA | 7,021.88 |

**TAX EXEMPT**

**Total** [               ]

POHOUSTON

# PETROLEUM
## SUPPLY COMPANY

5847  San Felipe
Suite 3300
Houston  TX - 77057
713/789-1400 Tel
713/361-4342 Fax

*****REPRINT*****

| P.O. Number | 1345702-000 OP |
|---|---|
| P.O. Date | 10/22/02 |
| Branch/Plt | 113000310 |
| Chg Ord # | 000 |
| C.O. Date | |

**Shipped From**

HYDRALIFT, INC.

ATTN.: ROLF GULLAKSEN; F: 281-925-2801

14450 JFK BLVD

HOUSTON TX 77032

**Shipped To**

Pride International

MAD DOG

5847 San Felipe, Suite 3300

HOUSTON TX 77057

| | | | |
|---|---|---|---|
| Delivery Date | – 07/01/03 | Incoterms | See Below |
| Reference No | - MD010 | Ship Via - | |
| Currency | - | | |
| Ordered By | - METCALF, CRAIG L. | | |

| LINE NO | DESCRIPTION/PART NUMBER | ORDERED | UNIT COST | U/M | EXTENDED AMT |
|---|---|---|---|---|---|
| 3 | EXPORT PACKING (LOT) <br> EXPORT | 1 | 2625.000 | EA | 2,625.00 |
| 5 | Ventilation FAN <br> (for HPU enclosure) <br> VENTILATION/FAN <br> For HPU enclosure to circulate outside air into noise hood. <br> ************************************************************ <br> Contract shopping list item no.: 2 <br><br> Vendor Supplied Documentation: <br>   1. See Hydralift Quotation <br>   2. Hydralift VDRL <br><br> Vendor general arranngement drawings: <br> 1. PD1110-G0023 Rev B -HPU GA <br> 2. PD1110-H0003 Rev B -GA <br><br> Shipping weight: approx. 10,000 kg (22,046lbs) dry <br> ----------------------------------------------------------- <br> By acceptance of this Purchase Order, Seller agrees to <br> and shall be bound by all parts of this Purchase Order, <br> including all attachments hereto. <br><br> Prepared By: Craig Metcalf <br> Project Manager Approval: _____ <br> Vendor Acknowledgement: _____ <br> ----------------------------------------------------------- <br> Equipment Completion Date (Ex-works Factory): | 1 | 2149.690 | EA | 2,149.69 |

**TAX EXEMPT**

**Total**

POHOUSTON

# PETROLEUM
## SUPPLY COMPANY
5847 San Felipe
Suite 3300
Houston  TX - 77057
713/789-1400 Tel
713/361-4342 Fax

*****REPRINT*****

| P.O. Number | 1345702-000 OP |
|---|---|
| P.O. Date | 10/22/02 |
| Branch/Plt | 113000310 |
| Chg Ord # | 000 |
| C.O. Date | |

**Shipped From**
HYDRALIFT, INC.

ATTN.: ROLF GULLAKSEN; F: 281-925-2801

14450 JFK BLVD

HOUSTON TX 77032

**Shipped To**
Pride International

MAD DOG

5847 San Felipe, Suite 3300

HOUSTON TX 77057

Delivery Date  –  07/01/03
Reference No  -  MD010
Currency  -
Ordered By  -  METCALF, CRAIG L.

Incoterms    See Below
Ship Via   -

| LINE NO | DESCRIPTION/PART NUMBER | ORDERED | UNIT COST | U/M | EXTENDED AMT |
|---|---|---|---|---|---|
| | July 01,2003 | | | | |

Definitions:
Buyer and company shall refer to the entity initiating
this purchase order. Seller, contractor, vendor and
supplier shall refer to the corporation, partnership,
joint venture or individual accepting this purchase order.

Ship loose items:
All packing shall provide the contents with adequate
protection for U.S. domestic transportation handling.

Purchase Order Acknowledgement:
Seller will sign and return the buyer's purchase order
acknowledgement form at the purchase order issue meeting
or by mail if no meeting is arranged. A copy of the fully
executed purchase order will be retained by buyer and
seller.

Effective date of the purchase order:
The effective date of this purchase order is
December 03,2002. This purchase order was awarded
to Hydralift on 3rd day of December, 2002.

Purchase Order Contacts:
Upon execution of this purchase order, Craig Metcalf, will
become the primary contact for all communication/
correspondence regarding this order. Craig Metcalf can be

**TAX EXEMPT**

**Total**

POHOUSTON

# *PETROLEUM*
## *SUPPLY COMPANY*
**5847  San Felipe**
**Suite 3300**
**Houston  TX - 77057**
**713/789-1400 Tel**
**713/361-4342 Fax**

*****REPRINT*****

| P.O. Number | 1345702-000 OP |
|---|---|
| P.O. Date | 10/22/02 |
| Branch/Plt | 113000310 |
| Chg Ord # | 000 |
| C.O. Date | |

**Shipped From**

HYDRALIFT, INC.

ATTN.: ROLF GULLAKSEN; F: 281-925-2801

14450 JFK BLVD

HOUSTON TX 77032

**Shipped To**

Pride International

MAD DOG

5847 San Felipe, Suite 3300

HOUSTON TX 77057

| | | | |
|---|---|---|---|
| Delivery Date  –  07/01/03 | | Incoterms - | See Below |
| Reference No  -   MD010 | | Ship Via   - | |
| Currency          - | | | |
| Ordered By     -    METCALF, CRAIG L. | | | |

| LINE NO | DESCRIPTION/PART NUMBER | ORDERED | UNIT COST | U/M | EXTENDED AMT |
|---|---|---|---|---|---|
| | contacted as follows:<br>Office Number: 713-361-4340 ex. 2656;<br>Fax: 281-313-9107<br>Email: cmetcalf@prideinternational.com<br><br>Trevor Smith (Project Technical Lead Engineer) shall be<br>copied on all technical correspondence regarding this<br>purchase order. Contact information is as follows:<br>Office Number: 713-361-4340 ex. 2607; Fax: 281-313-9107;<br>Email: tsmith@prideinternational.com<br><br>Drawings and vendor data:<br>All drawings and vendor data transmittals regarding<br>this purchase order shall be identified with<br>the purchase order number, equipment tag<br>number (s), vendor data requirements form item number<br>(identified as partial or complete for that item number),<br>and sufficient other information to assure quick<br>and easy reference.<br>All drawings and vendor data shall be addressed to:<br><br>Pride International<br>Attn: Craig Metcalf<br>Reference: Mad Dog Project<br>One Sugar Creek Blvd, Suite 600<br>Sugar Land, Texas 77478<br>---------------------------------------------------------<br>Vendor Documentation Submittals: | | | | |

**TAX EXEMPT**                                                       **Total**

POHOUSTON

# PETROLEUM
## SUPPLY COMPANY

5847  San Felipe
Suite 3300
Houston  TX - 77057
713/789-1400 Tel
713/361-4342 Fax

*****REPRINT*****

| P.O. Number | 1345702-000 OP |
|---|---|
| P.O. Date | 10/22/02 |
| Branch/Plt | 113000310 |
| Chg Ord # | 000 |
| C.O. Date | |

**Shipped From**

HYDRALIFT, INC.

ATTN.: ROLF GULLAKSEN; F: 281-925-2801

14450 JFK BLVD

HOUSTON TX 77032

**Shipped To**

Pride International

MAD DOG

5847 San Felipe, Suite 3300

HOUSTON TX 77057

---

Delivery Date  –  07/01/03                Incoterms        See Below

Reference No  -   MD010                    Ship Via   -

Currency          -

Ordered By    -    METCALF, CRAIG L.

---

| LINE NO | DESCRIPTION/PART NUMBER | ORDERED | UNIT COST | U/M | EXTENDED AMT |
|---|---|---|---|---|---|
| | All blueprints, drawings, etc. prepared or constructed by seller and paid for by buyer shall be buyer's property. As such, buyer reserves the right to make and provide copies, or scanned images (both internally and externally) of such data furnished by seller for the purpose of information, review, or final documentation manuals, solely as needed, to meet the requirements of the project. It is intended that buyer will request all required number of copies, however, if company requires limited additional copies to meet the requirements of the project, seller waives copyrights applicable to materials submitted and assumes all responsibility and liability regarding the reproduction of data by buyer. Seller shall provide this waiver on the document transmittal form for all copyright documentation. --------------------------------------------------------------- | | | | |
| | Weight Management: Seller shall use best efforts to not exceed the specified weight for the equipment. Any knowledge of weight increase shall be sent in writing as soon as the increase has been verified. --------------------------------------------------------------- | | | | |
| | Progress Reporting: In accordance with the "Instructions to Bidders", within 21 days of acceptance of the Order by Hydralift, Hydralift must provide and deliver to Pride Offshore a level 1 production schedule for approval and/or comment. Any comments made by Pride Offshore must be incorporated by Hydralift into such production schedule. | | | | |

**TAX EXEMPT**

**Total** [                    ]

POHOUSTON

# PETROLEUM
## SUPPLY COMPANY

5847 San Felipe
Suite 3300
Houston TX - 77057
713/789-1400 Tel
713/361-4342 Fax

**\*\*\*\*\*REPRINT\*\*\*\*\***

| P.O. Number | 1345702-000 OP |
|---|---|
| P.O. Date | 10/22/02 |
| Branch/Plt | 113000310 |
| Chg Ord # | 000 |
| C.O. Date | |

**Shipped From**

HYDRALIFT, INC.

ATTN.: ROLF GULLAKSEN; F: 281-925-2801

14450 JFK BLVD

HOUSTON TX 77032

**Shipped To**

Pride International

MAD DOG

5847 San Felipe, Suite 3300

HOUSTON TX 77057

| | | | |
|---|---|---|---|
| Delivery Date – 07/01/03 | | Incoterms | See Below |
| Reference No - MD010 | | Ship Via - | |
| Currency - | | | |
| Ordered By - METCALF, CRAIG L. | | | |

| LINE NO | DESCRIPTION/PART NUMBER | ORDERED | UNIT COST | U/M | EXTENDED AMT |
|---|---|---|---|---|---|
| | The approved schedule, or the schedule incorporating Pride Offshore's comments, as the case may be, will be the "Production Schedule". Detailed planning, based on the Production Schedule, must be provided and delivered by Hydralift to Pride Offshore as soon as is reasonably possible.<br><br>Hydralift must provide and deliver to Pride Offshore every two weeks detailed production progress reports (on 7th and 22nd of each month) setting out such information as Pride Offshore may require, including as a minimum:<br>(a) Work performed in the past 2 weeks;<br>(b) Work to be performed in the next 2 weeks;<br>(c) Actual progress of the work against the Progress Schedule;<br>(d) Any actual or envisaged event or thing which may possibly have an effect on the performance by Hydralift, Inc. of its obligation under the Purchase Order (including without limitation the attainment of the Delivery Date).<br>(e) Hydralift, Inc. Production Schedule due December 22, 2002<br>(f) Hydralift, Inc. Progress Report due: The 7th and 22nd of each month beginning on January 07, 2002.<br><br>Progress reports will be sent to the attention of | | | | |

**TAX EXEMPT**

**Total** | |

POHOUSTON

# PETROLEUM
## SUPPLY COMPANY

5847  San Felipe
Suite 3300
Houston  TX - 77057
713/789-1400 Tel
713/361-4342 Fax

*****REPRINT*****

| P.O.<br>Number | 1345702-000 OP |
|---|---|
| P.O. Date | 10/22/02 |
| Branch/Plt | 113000310 |
| Chg Ord # | 000 |
| C.O. Date | |

**Shipped From**

HYDRALIFT, INC.

ATTN.: ROLF GULLAKSEN; F: 281-925-2801

14450 JFK BLVD

HOUSTON TX 77032

**Shipped To**

Pride International

MAD DOG

5847 San Felipe, Suite 3300

HOUSTON TX 77057

| | | | |
|---|---|---|---|
| Delivery Date – | 07/01/03 | Incoterms | See Below |
| Reference No - | MD010 | Ship Via - | |
| Currency - | | | |
| Ordered By - | METCALF, CRAIG L. | | |

| LINE NO | DESCRIPTION/PART NUMBER | ORDERED | UNIT COST | U/M | EXTENDED AMT |
|---|---|---|---|---|---|
| | the Project Procurement Manager, Craig Metcalf cmetcalf@prideinternational.com), with a copy to the Planning and Risk Analysis Manager, Jean-Christophe Guibet-Lafaye (jcguiberlafaye@prideinternational.com) and the Project Expediting Coordinator, Jeffrey L. Bowman (jlbowman@prideinternational.com). Progress reports shall be in the form of a production schedule bar chart with percentage of completions or date table that shows the initial sequence of activities, baseline (fixed) completion date for each activity and the current forecast or actual completion date for the activity. Activities as a minimum should include the following:<br>1. Engineering deliverables including calculations, drawings, procedures, scheduled release of approval drawings, and scheduled release of work to shop.<br>2. The placement and scheduled shipment of materials ordered from others by vendor's purchase order number.<br>3. Transmittal of unpriced purchase orders for major components is to be included in this report.<br>4. Work in the shop including manufacturing, inspection, and testing up to and including shipment of all equipment.<br>-----------------------------------------------------<br>Invoice Instructions:<br>Mail orginal and one (1) copy all invoices to buyer's | | | | |

**TAX EXEMPT**

**Total**

POHOUSTON

# *PETROLEUM*
## *SUPPLY COMPANY*

5847 San Felipe
Suite 3300
Houston TX - 77057
713/789-1400 Tel
713/361-4342 Fax

*****REPRINT*****

| P.O. Number | 1345702-000 OP |
|---|---|
| P.O. Date | 10/22/02 |
| Branch/Plt | 113000310 |
| Chg Ord # | 000 |
| C.O. Date | |

**Shipped From**

HYDRALIFT, INC.

ATTN.: ROLF GULLAKSEN; F: 281-925-2801

14450 JFK BLVD

HOUSTON TX 77032

**Shipped To**

Pride International

MAD DOG

5847 San Felipe, Suite 3300

HOUSTON TX 77057

| | | | | |
|---|---|---|---|---|
| Delivery Date | - | 07/01/03 | Incoterms - | See Below |
| Reference No | - | MD010 | Ship Via - | |
| Currency | - | | | |
| Ordered By | - | METCALF, CRAIG L. | | |

| LINE NO | DESCRIPTION/PART NUMBER | ORDERED | UNIT COST | U/M | EXTENDED AMT |
|---|---|---|---|---|---|
| | invoice address listed on page 1 of this purchase order. Purchase order number, item number, unit of measure, extension and total prices must appear on all invoices. Invoices must denote "partial" or "final" invoice. In order for payment to be made, all invoices must include the following information: <br> 1. Pride Purchase Order number and all lines items on the invoice <br> 2. Quantity for each item <br> 3. Equipment description <br> 4. Net price per item and extended total value per item <br> -------------------------------------------------------- <br> Performance Guarantee: <br> Seller guarantees that equipment provided will perform in accordance with agreed to operating parameters established between buyer and seller. <br> -------------------------------------------------------- <br> Document Reference: <br> Hydralift, Inc. Quotation No. PD22044 rev 3, dated 23-June, 2002 <br> Pride Specification 1430-60-ME-SP-0019 Rev 1 <br> Applicable BP/Mad Dog Contract BPA-02-06080 (Attachment A2) <br> Specifications provided to Hydralift Inc.: Hydralift exceptions to the BP and Pride specifications are noted in the Pride spec. 1430-60-ME-SP-0019 Rev 1. <br><br> 1400-20-CO-SP-8050 REV 0     1400-20-PI-SP-3202 REV 0 <br> 1400-20-CO-SP-8060 REV 0     1400-20-PI-SP-3204 REV C | | | | |

**TAX EXEMPT**

**Total**

POHOUSTON

# PETROLEUM
## SUPPLY COMPANY
5847  San Felipe
Suite 3300
Houston  TX - 77057
713/789-1400 Tel
713/361-4342 Fax

\*\*\*\*\*REPRINT\*\*\*\*

| P.O. Number | 1345702-000 OP |
|---|---|
| P.O. Date | 10/22/02 |
| Branch/Plt | 113000310 |
| Chg Ord # | 000 |
| C.O. Date | |

**Shipped From**

HYDRALIFT, INC.

ATTN.: ROLF GULLAKSEN; F: 281-925-2801

14450 JFK BLVD

HOUSTON TX 77032

**Shipped To**

Pride International

MAD DOG

5847 San Felipe, Suite 3300

HOUSTON TX 77057

Delivery Date  –  07/01/03

Reference No  -  MD010

Currency       -

Ordered By   -   METCALF, CRAIG L.

Incoterms        See Below

Ship Via   -

| LINE NO | DESCRIPTION/PART NUMBER | ORDERED | UNIT COST | U/M | EXTENDED AMT |
|---|---|---|---|---|---|
| | 1400-20-EL-SP-4004 REV 0      1400-20-PI-SP-3210 REV 0 | | | | |
| | 1400-20-GE-SP-0100 REV 0     1400-20-QA-SP-9001 REV 0 | | | | |
| | 1400-20-IC-RP-5070 REV C     1400-60-ME-IR-9101 REV A | | | | |
| | 1400-20-IC-SP-5102 REV 0     1400-20-ST-SP-1016 REV O | | | | |
| | 1400-20-IP-SP-3200 REV 0 | | | | |

-------------------------------------------------------

Terms and Conditions of Sale:
Pride International Terms and Conditions of Purchase
will applyand are not negotiable.

-------------------------------------------------------

Milestone Payment Terms:
Seller shall invoice buyer for the amount due in accordance
with this purchase order and the milestone payment schedule
and in the manner set out for milestone payment procedure.
Seller's invoices shall be accompanied by buyer's
certificate of milstone completion, the milestone
no., and buyer's shipment release. Seller shall notify
buyer on completion of a milestone by submitting a
notification of milestone completion within five
(5) working days of receipt of such notification,
buyer shall either:
A) Issue a certificate of milestone completion to seller,Or
B) Notify the seller that in the opinion of buyer the
   seller has not satisfactorily completed the activities
   referred to in sell's notification and buyer shall
   substantiate this with reason(s).
   In this event, the seller shall not be entitled to
   invoice buyer for the portion of the lump sum

**TAX EXEMPT**

**Total**

POHOUSTON

# PETROLEUM
## SUPPLY COMPANY
**5847 San Felipe**
**Suite 3300**
**Houston  TX - 77057**
**713/789-1400 Tel**
**713/361-4342 Fax**

*****REPRINT*****

| P.O. Number | 1345702-000 OP |
|---|---|
| P.O. Date | 10/22/02 |
| Branch/Plt | 113000310 |
| Chg Ord # | 000 |
| C.O. Date | |

**Shipped From**

HYDRALIFT, INC.

ATTN.: ROLF GULLAKSEN; F: 281-925-2801

14450 JFK BLVD

HOUSTON TX 77032

**Shipped To**

Pride International

MAD DOG

5847 San Felipe, Suite 3300

HOUSTON TX 77057

| | | | |
|---|---|---|---|
| Delivery Date  -  07/01/03 | | Incoterms - | See Below |
| Reference No  -  MD010 | | Ship Via   - | |
| Currency       - | | | |
| Ordered By    -   METCALF, CRAIG L. | | | |

| LINE NO | DESCRIPTION/PART NUMBER | ORDERED | UNIT COST | U/M | EXTENDED AMT |
|---|---|---|---|---|---|
| | price relating to the milestone. The seller shall resubmit correct all deficiences and having done so shall to buyer notification in accordance with the above After receipt from buyer of a certificate of milestone completion, the seller shall invoice for the amount due. Milestones shall become payable in sequence. | | | | |
| | Net cash (30) days to the following payment schedule: 20% due upon issuance of the purchase order. 30% due upon Pride receipt/acceptance of VDRL class 2 documentation and Pride verification/acceptance of in-process fabrication. 40% due upon Pride verification/approval of FAT and revelant documentation. 10% due upon Pride receipt/acceptance of Final Vendor Documentation. | | | | |
| | ------------------------------------------------------------ Inspection: This equipment shall be subject to inspection by the company or its nominated representatives. By acceptance of this purchase order and with proper notice, access is granted to seller's facilities and the facilities of its sub-vendors, for the purpose of field expediting. Communications regarding buyer's field expediting shall be directed to the attention of the Project Procurement Manager, Craig Metcalf with a copy to the QA/QC Manager, John Pickles. (jpickles@prideintrnational.com) | | | | |

**TAX EXEMPT**

**Total**

POHOUSTON

# PETROLEUM
## SUPPLY COMPANY

**5847 San Felipe**
**Suite 3300**
**Houston TX - 77057**
**713/789-1400 Tel**
**713/361-4342 Fax**

*****REPRINT*****

| P.O.<br>Number | **1345702-000 OP** |
|---|---|
| **P.O. Date** | 10/22/02 |
| **Branch/Plt** | 113000310 |
| **Chg Ord #** | **000** |
| **C.O. Date** | |

**Shipped From**

HYDRALIFT, INC.

ATTN.: ROLF GULLAKSEN; F: 281-925-2801

14450 JFK BLVD

HOUSTON TX 77032

**Shipped To**

Pride International

MAD DOG

5847 San Felipe, Suite 3300

HOUSTON TX 77057

| | |
|---|---|
| Delivery Date  –  07/01/03 | Incoterms    See Below |
| Reference No  -  MD010 | Ship Via    - |
| Currency      - | |
| Ordered By   -   METCALF, CRAIG L. | |

| LINE NO | DESCRIPTION/PART NUMBER | ORDERED | UNIT COST | U/M | EXTENDED AMT |
|---|---|---|---|---|---|
| | ---------------------------------------------------------- | | | | |
| | Expediting:<br>This equipment shall be subject to expediting by the<br>company or its nominated representative. By acceptance<br>of this purchase order and with proper notice, access<br>is granted to seller's facilities and the facilities<br>of its sub-vendors, for the purpose of field expediting.<br>Communications regarding buyer's field expediting shall<br>be directed to the attention of Craig Metcalf.<br>----------------------------------------------------------<br>Inspection Release And Shipping:<br>Seller shall only release the purchase order for shipment<br>following issuance of a buyer's release to ship notice.<br>Seller shall prepare a fully detailed packing list<br>clearly showing the following: | | | | |
| | Project: Pride/BP Mad Dog<br>Purchase Order Number _____<br>Number of crates/pallets/boxes<br>PO item and total quantities in each of the<br>crates/pallets/boxes<br>Weight and dimensioins of each crates/pallets/boxes<br><br>A copy of the fully detailed packing list in a waterproof<br>enclosure will be visibly attached to each crate/item.<br><br>All packing shall provide the contents with adequate<br>protection for U.S. domestic transportation handling. | | | | |

**TAX EXEMPT**

**Total**

POHOUSTON

# PETROLEUM
## SUPPLY COMPANY

5847  San Felipe
Suite 3300
Houston  TX - 77057
713/789-1400 Tel
713/361-4342 Fax

*****REPRINT*****

| P.O. Number | 1345702-000 OP |
|---|---|
| P.O. Date | 10/22/02 |
| Branch/Plt | 113000310 |
| Chg Ord # | 000 |
| C.O. Date | |

**Shipped From**

HYDRALIFT, INC.

ATTN.: ROLF GULLAKSEN; F: 281-925-2801

14450 JFK BLVD

HOUSTON TX 77032

**Shipped To**

Pride International

MAD DOG

5847 San Felipe, Suite 3300

HOUSTON TX 77057

| | |
|---|---|
| Delivery Date  –  07/01/03 | Incoterms      See Below |
| Reference No  -   MD010 | Ship Via    - |
| Currency       - | |
| Ordered By    -   METCALF, CRAIG L. | |

| LINE NO | DESCRIPTION/PART NUMBER | ORDERED | UNIT COST | U/M | EXTENDED AMT |
|---|---|---|---|---|---|
| | The fully detailed packing list and copy of the release to ship notice shall be faxed to Jim Morgan, Morgan Export, Inc. at the Pride Office in Corpus Christi, Texas at fax number 361-299-3780.<br>----------------------------------------------------------<br>Shipping Address and Marking:<br>All crates and loose items shall be clearly marked with the following:<br><br>Project: Pride Offshore/BP Mad Dog<br>c/o Bay Limited<br>1414 Corn Products Road<br>Corpus Christi, Texas 78409<br>Purchase Order Number _____<br>Item No. _____<br>----------------------------------------------------------<br>Change Order Management:<br>Any change orders shall be mutually agreed to in writing. Authorization for technical or commerical changes must come from Pride Project Technical Lead Engineer and the Project Procurement Manager. Buyer will adjust future progress payments to incorporate change orders as they occur.<br>----------------------------------------------------------<br>Material Origin:<br>All materials shall be new and unused. Use of materials manufactured or imported from other than the United States, are permitted from France, Germany, Japan, Netherlands, | | | | |

**TAX EXEMPT**

**Total** [                    ]

POHOUSTON