# PETROLEUM
## SUPPLY COMPANY

5847 San Felipe
Suite 3300
Houston TX - 77057
713/789-1400 Tel
713/361-4342 Fax

*****REPRINT*****

| | |
|---|---|
| P.O. Number | 1345702-000 OP |
| P.O. Date | 10/22/02 |
| Branch/Plt | 113000310 |
| Chg Ord # | 000 |
| C.O. Date | |

**Shipped From**
HYDRALIFT, INC.
ATTN.: ROLF GULLAKSEN; F: 281-925-2801
14450 JFK BLVD
HOUSTON TX 77032

**Shipped To**
Pride International
MAD DOG
5847 San Felipe, Suite 3300
HOUSTON TX 77057

Delivery Date - 07/01/03          Incoterms    See Below
Reference No - MD010              Ship Via    -
Currency     -
Ordered By   - METCALF, CRAIG L.

| LINE NO | DESCRIPTION/PART NUMBER | ORDERED | UNIT COST | U/M | EXTENDED AMT |
|---|---|---|---|---|---|
| | Norway or the United Kingdom only unless otherwise approved by Pride. | | | | |
| | Reference the BP contract BPA-02-06080 Drilling Rig Construction and Purchase Contract, Exhibit A Scope of Work | | | | |
| | Shipment: All prices are based on Ex-works, Hydralift, Inc., Kristiansand, Norway | | | | |
| | Warranty: Hydralift, Inc. Warranty - 12 months after installation | | | | |
| | Contract References, Specifications, Codes & Standards: As per the applicable Exhibits/Specifications of the BP Contract No. BPA-02-06080 provided to hydralift, Inc. Hydralift, Inc. Quotation PD22044 rev 3, dated 09-October, 2002. | | | | |
| | Vendor Data Requirements List (VDRL): 3 ea. Operation Manuals 3 ea. Data Books ************************************************* * BELOW FOR PCS OFFICE USE ONLY: * * SHIPPING VIA: See Above Shipping Instructions * DISTRICT: * DISTRICT DEST: MAD DOG | | | | |

**TAX EXEMPT**                                                          Total

Page:    13

POHOUSTON