

# Brønnøysundregistrene
THE BRØNNØYSUND REGISTER CENTRE

National Oilwell Norway AS
Serviceboks 401
4604 KRISTIANSAND

| Your ref. | Our ref. | Files | Date |
|---|---|---|---|
| Knut Kloster | 550/09 SB-WHO | | 2009-03-20 |

## CONFIRMATION

**BARSTØL TECHNOLOGY AS**, organization number 958 839 014, was registered in the Register of Business Enterprises on 30 October 1990.

In the notification registered in the Register of Business Enterprises on 25 January 1991 the following change regarding the name was registered:

Name:       **SKEIE TECHNOLOGY AS**

In the notification registered in the Register of Business Enterprises on 16 February 1995 the following change regarding the name was registered:

Name:       **HYDRALIFT AS**

In the notification registered in the Register of Business Enterprises on 13 May 1996 the company converted from being a Limited Company to a Public Limited Company. In accordance with this the name of the company was changed from **HYDRALIFT AS** to **HYDRALIFT ASA**.

In the notification registered in the Register of Business Enterprises on 2 April 2003 the company converted from being a Public Limited Company to a Limited Company.
In accordance with this the name of the company was changed from **HYDRALIFT ASA** to **HYDRALIFT AS**.

After this date no changes have been registered in the Register of Business Enterprises regarding the name.

In the notification registered in the Register of Business Enterprises on 3 August 2004 **HYDRALIFT AS** was dissolved for merger with **NATIONAL OILWELL-HYDRALIFT AS**, organization number 984 755 406.

As a result of the merger, notification was given that **HYDRALIFT AS** was struck off the Register of Business Enterprises on 6 October 2004.

Brønnøysundregistrene - The Brønnøysund Register Centre
Postal address: NO-8910 Brønnøysund
Telephone: The Department of Distribution 75 00 75 00 Administration 75 00 75 09 Fax 75 00 75 05
E-mail: firmapost@brreg.no Internet: www.brreg.no
Organization number: 974 760 673

In the notification registered in the Register of Business Enterprises on 12 August 2004 **NATIONAL OILWELL-HYDRALIFT AS,** organization number 984 755 406 was dissolved for merger with **NATIONAL OILWELL NORWAY AS,** organization number 936 738 540.

As a result of the merger, notification was given that **NATIONAL OILWELL-HYDRALIFT AS,** organization number 984 755 406 was struck off the Register of Business Enterprises on 16 October 2004.

**BRØNNØYSUNDREGISTRENE – Opplysningsavdelingen**
**THE BRØNNØYSUND REGISTER CENTRE – The Department of Distribution**

Thorleif Holmstrand
Assistant Director

Wenche Holm
Junior Executive Officer

Erik Fossum
Notary Public
for the Brønnøysund Register Centre