8W5238 3.000

TX2009 Ver. 1.1  05-102 (Rev. 1-08/28)  ■ Tcode 13196

# TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT

*(To be filed by Corporations and Limited Liability Companies (LLCS))*
**This report MUST be filed to satisfy franchise tax requirements**

■ Taxpayer number: 17604892491

■ Report year: 2009

You have certain rights under Chapter 552 and 559, Government Code, to review, request, and correct information we have on file about you.
Contact us at: (512) 463-4600, or (800) 252-1381, toll free nationwide.

**Taxpayer name:** NOW OILFIELD SERVICES, INC.
**Mailing address:** 7909 PARKWOOD CIRCLE DR.
**City:** HOUSTON  **State:** TX  **ZIP Code:** 77036  **Plus 4:** 6565

**Secretary of State file number or Comptroller file number:** 0010792606

☐ Check box if there are currently no changes or additions to the information displayed in Section A of this report. Then complete Sections B and C.

**Entity's principal office:** 7909 PARKWOOD CIRCLE DR., HOUSTON, TX, 77036
**Principal place of business:** 7909 PARKWOOD CIRCLE DR., HOUSTON, TX, 77036

*Please sign below!*

Officer, director and member information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers, directors, or members change throughout the year.

**SECTION A.** Name, title and mailing address of each officer, director or member.

| Name | Title | Director | Term expiration |
|---|---|---|---|
| CLAY C. WILLIAMS | PRESIDENT | ☐ YES | |
| Mailing Address: 7909 PARKWOOD CIRCLE DR. | City: HOUSTON | State: TX | ZIP Code: 77036 |
| DANIEL L. MOLINARO | VICE PRESIDENT | ☒ YES | |
| Mailing Address: 7909 PARKWOOD CIRCLE DR. | City: HOUSTON | State: TX | ZIP Code: 77036 |
| CRAIG C. GOSS | VICE PRESIDENT | ☐ YES | |
| Mailing Address: 7909 PARKWOOD CIRCLE DR. | City: HOUSTON | State: TX | ZIP Code: 77036 |

**SECTION B.** Enter the information required for each corporation or LLC, if any, in which this reporting entity owns an interest of ten percent (10%) or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| WELCH SALES & SERVICES, INC. | | | 100 |
| WELCH POWER SOURCE, LLC | | | 100 |

**SECTION C.** Enter the information required for each corporation or LLC, if any, that owns an interest of ten percent (10%) or more in this reporting entity.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of Ownership |
|---|---|---|---|
| NATIONAL OILWELL VARCO, INC. | DE | | 100 |

**Registered agent and registered office currently on file.** *(See instructions if you need to make changes)*
**Agent:** C T CORPORATION SYSTEM
**Office:** 811 DALLAS AVENUE  **City:** HOUSTON  **State:** TX  **ZIP Code:** 77002

☐ Check box if you need forms to change the registered agent or registered office information.

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

**sign here ▶** *[signature]*   **Title:** VICE PRES-TAX   **Date:** 11/16/09   **Area code and phone number:** 713 346 7751




VE/DE ☐    PIR IND ☐

1062

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Hope Andrade
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

NOW OILFIELD SERVICES, INC.
Filing Number: 10792606

Public Information Report (PIR)                                    December 31, 2009

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on November 05, 2010.



Hope Andrade
Secretary of State

*Come visit us on the internet at http://www.sos.state.tx.us/*

| Phone: (512) 463-5555 | Fax: (512) 463-5709 | Dial: 7-1-1 for Relay Services |
| Prepared by: SOS-WEB | TID: 10266 | Document: 339001610009 |

Reports Unit
P.O. Box 12028
Austin, Texas 78711-2028



Roger Williams
Secretary of State

## Office of the Secretary of State
**PERIODIC REPORT - LIMITED PARTNERSHIP**

File Number: **8629411**

Filing Fee: **$50.00**

Page 1 of 2

**FILED**
**In the Office of the**
**Secretary of State of Texas**

**SEP 12 2006**

**Corporations Section**

1. The limited partnership name is:
   **National Oilwell Varco, L.P.**

2. It is organized under the laws of : *(set forth state or foreign country)*
   **DE USA**

3. The name of the registered agent is:
   **C T CORPORATION SYSTEM**
   *(Make changes here)*

4. The registered office address, which is identical to the business office address of the registered agent in Texas, is:
   **1021 MAIN STREET, STE 1150**
   **Houston, TX 77002**
   *(Make changes here-use street or building address, see Instructions)*

5. The address of the principal office in the United States where the records are to be kept or made available is:

   *(Make changes here)* 10000 Richmond Ave.
   Houston, Texas 77042

6. The names and addresses of all general partners of the limited partnership are:
   *(Address changes for existing general partners are allowed For name changes, see Instruction 6 )*

   | Name | Address | City/ State/Zip |
   |---|---|---|
   | OILWELL, INC. | 600 GRANT STREET | Pitts, PA 15219 |
   | NOW OILFIELD SERVICES, INC. | 10000 Richmond Avenue P. O. Box 4888 | Houston, TX 77042-4888 |

**Execution:**
The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: 09/01/06

_____
Signed on behalf of the limited partnership

NOW Oilfield Services, Inc.
By (general partner)



Office of the Secretary of State
Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697

**FILED**
In the Office of the
Secretary of State of Texas

SEP 0 5 2006

Corporations Section

# AMENDMENT TO THE APPLICATION FOR REGISTRATION OF A FOREIGN LIMITED PARTNERSHIP

Pursuant to the provisions of section 9.05 of article 6132a-1, the undersigned foreign limited partnership seeks to amend its application for registration and provides the following:

1. The name of the limited partnership as it currently appears on the records of the secretary of state of Texas is  National Oilwell Varco, L.P.

2. (If the partnership's name was previously unavailable and the entity elected to use an assumed name in Texas, complete the following.) The assumed name of the limited partnership as it currently appears on the records of the secretary of state is

3. The federal tax identification number of the partnership is  76-0488987

   and the file number issued by the secretary of state is  00086294-11

4. The name has been changed to
   ☑ The partnership has not changed its name.

5. If applicable, the name that it elects to use hereafter in the state of Texas is

6. It desires to pursue in Texas business or purposes other than, or in addition to, those identified in its application for registration, as follows:

7. It desires to add, delete or change the name, mailing address, and street address of a general partner as follows:

   ☐ A. Add _____ as a new general partner of the limited partnership. The mailing address is _____

   and the street address is _____

   ☑ B. Delete  Oilwell, Inc.  as a named general partner of the partnership.

   ☐ C. _____, a general partner of the partnership, has effected a name change. The new name is _____.

RECEIVED
SEP 0 5 2006
Secretary of State

☐ D. The mailing or street address of the following general partner has been changed.

| NAME | MAILING ADDRESS (include city, state, zip code) | STREET ADDRESS (include city, state, zip code) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

8. As of the date indicated, the foreign limited partnership validly exists as a limited partnership under the laws of the jurisdiction of its formation.

DATE: 09/01/06

National Oilwell Varco, L.P.
Name of the limited partnership

By _____  Assistant Secretary of NOW Oilfield
General Partner    Services, Inc.,
the general
partner

Form No. 412
Revised 01/06

| Form 406<br>(Revised 01/06)<br>Return in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512/463-5709<br>Filing Fee: See Instructions |  **Amendment to Registration** | This space reserved for office use.<br><br>FILED<br>In the Office of the<br>Secretary of State of Texas<br><br>JAN 26 2006<br><br>Corporations Section |
|---|---|---|

### Entity Information

The legal name of the filing entity is:

National-Oilwell, L.P.

State the name of the entity as currently shown in the records of the secretary of state.
If the entity attained its registration under an assumed name, the qualifying assumed name as shown on the records of the secretary of state is:

---

The application for registration was issued to the entity on: 01/10/1996
*mm/dd/yyyy*

The file number issued to the filing entity by the secretary of state is: 8629411

### Amendment to Application

A. ☒ The application for registration is amended to change the legal name of the entity as amended in the entity's jurisdiction of formation. The new name is:

National Oilwell Varco, L.P.

> ☒ The entity was registered with the secretary of state before January 1, 2006, and has not elected early adoption of the BOC and in accordance with the law applicable to the entity has attached a certificate from the proper filing office in the jurisdiction of formation evidencing the name change.
> ☐ The entity was registered with the secretary of state on or after January 1, 2006, or has filed an early adoption statement with the secretary of state and is not required to attach a certificate evidencing the name change in the jurisdiction of formation.

B. ☐ The new name of the entity is not available for use in Texas or fails to include an appropriate organizational designation. Or, the entity wishes to amend the qualifying assumed name stated on its registration or amended registration. The assumed name the entity elects to adopt for purposes of maintaining its registration is:

---

**RECEIVED**

JAN 26 2006

**Secretary of State**

Form 406

4

TX043 - 01/13/2006 CT System Online



C. ☐ The application for registration is amended to change the business or activity stated in its application for registration. The business or activity that the entity proposes to pursue in this state is:

_____

_____

The entity is authorized to pursue the same business or activity under the laws of the entity's jurisdiction of formation.

### Other Changes to the Application for Registration

The foreign filing entity desires to amend its application for registration to make changes other than or in addition to those stated above. Statements contained in the original application or any amended application are identified by number or description and changed to read as follows:

_____

_____

_____

_____

### Effectiveness of Filing (Select A, B, or C)

A. ☒ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of a future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

_____

_____

### Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: 01/25/2006

NOW Oilfield Services, Inc., General Partner

By: _____[signature]_____

Raymond W. Chang, Assistant Secretary

Signature and title of authorized person(s) (see instructions)

Form 406    5

TX043 - 01/13/2006 C T System Online



PAGE 1

The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE SAID "NATIONAL-OILWELL, L.P.", FILED A CERTIFICATE OF AMENDMENT, CHANGING ITS NAME TO "NATIONAL OILWELL VARCO, L.P.", THE TWENTY-SECOND DAY OF DECEMBER, A.D. 2005, AT 3:17 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF AMENDMENT IS THE THIRTIETH DAY OF DECEMBER, A.D. 2005.

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

2579999  8320

060075215

AUTHENTICATION: 4477081

DATE: 01-25-06

**APPLICATION FOR REGISTRATION AS A FOREIGN LIMITED PARTNERSHIP**

FILED
In the Office of the
Secretary of State of Texas
JAN 1 0 1996
CORPORATIONS SECTION

1. The name of the limited partnership is National-Oilwell, L.P.

2. A. If the name of the foreign limited partnership does not contain the words "Limited Partnership", "Limited" or the abbreviation "L.P." or "Ltd." as the last words or letters of its name, then the name of the limited partnership with the words or abbreviation which it elects to add for use in Texas is _____.

   B. If its name is not available in Texas, then the name which the limited partnership elects to use in Texas is _____.

3. It was formed under the laws of Delaware _____, on January 9, 1996,
   (jurisdiction)

4. As of the date of this filing, the foreign limited partnership validly exists as a limited partnership under the laws of the jurisdiction of its formation.

5. The nature of the business or purposes to be conducted or promoted in Texas are as follows:
   sales, service, repair, manufacture of oilfield equipment

6. The street or building address of its proposed registered office in Texas is _____
   811 DALLAS AVENUE, HOUSTON, TEXAS 77002
   and the name of its proposed registered agent for service at such address is _____
   C T CORPORATION SYSTEM

7. The limited partnership hereby appoints the Secretary of State of Texas as its agent for service of process under the circumstances set forth in Section 9.10 (b) of the Texas Revised Limited Partnership Act.

8. The name, the mailing address, and the street address of the business or residence of each general partner is as follows:

| Name | Mailing Address (include city, state, zip code) | Street Address (include city, state, zip code) |
|---|---|---|
| National Supply Company, Inc. | 301 Grant St., 15 Fl., Pitts, | Pennsylvania 15219-1415 |
| Oilwell, Inc. | 600 Grant St., Pittsburgh, Pa | 15219 |

9. The date on which the foreign limited partnership first transacted, or intends to transact, business in Texas is upon filing or January 10, 1996.

OIL WELL, INC
By: RMHunton
General Partner

(TEXAS - LP 2675 - 4/26/94)

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697

Hope Andrade
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

National Oilwell Varco, L.P.
Filing Number: 8629411

| | |
|---|---|
| Registration Of Limited Partnership | January 10, 1996 |
| Amended Registration of Limited Partnership | January 26, 2006 |
| Amended Registration of Limited Partnership | September 05, 2006 |
| Periodic Report | September 12, 2006 |

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on November 05, 2010.



Hope Andrade
Secretary of State

*Come visit us on the internet at http://www.sos.state.tx.us/*

| | | |
|---|---|---|
| Phone: (512) 463-5555 | Fax: (512) 463-5709 | Dial: 7-1-1 for Relay Services |
| Prepared by: SOS-WEB | TID: 10266 | Document: 339001610009 |