

November 11, 2003

Reference:    Mad Dog Spar Platform Drilling Rig, Commissioning Consumables

Dear Sir/Madame,

In reference to the equipment package supplied by your company for the Mad Dog project, this is a formal request that you comply with the purchase order and submit the detailed Commissioning Consumables list under separate cover. It is imperative that this requirement is submitted prior to the start up date of the equipment. Please refer to Pride's VDRL number 10 & 23. All items must be submitted through Pride Document Control center with me in copy.

The Commissioning Consumables list for the initial commissioning of the equipment must be submitted electronically in Excel format. This spreadsheet must contain but not be limited to the following: BP equipment/component tag number, manufacturer part number, recommended quantity, material description, cost, unit of measure, estimated delivery, etc.

We look forward to the success of the Mad Dog Project, as well as a successful working relationship. We will continue to foster this relationship with future project work.

If you have any questions or concerns, please do not hesitate to contact me at

Respectfully,


Jeffrey L. Bowman
Project Procurement Coordinator
713-789-1400 ext. 3749
jlbowman@prideinternational.com