**Ware Jackson Lee Chambers**

November 8, 2010

Honorable Vanessa D. Gilmore
United States Courthouse
Post Office Box 61010
Houston, Texas 77208

    Re:    Case No. 4:10-CV-01162; *BP Exploration & Production, Inc., et al. v. National Oilwell Varco, L.P., et al.;* Consolidated with Case No. 4:09-CV-03360

Dear Judge Gilmore:

    The parties wish to advise the Court that a tentative settlement agreement has been reached in the above matter. Presently pending before the Court is a Motion for Partial Summary Judgment filed on behalf of the National Oilwell Varco defendants, and the parties request the Court table and hold consideration on the Motion while the parties reduce the settlement to writing and execute a formal release. We anticipate this will be concluded within the next thirty to forty-five days.

    Thank you for your consideration of this matter and of the parties' request. Upon execution of the formal settlement documents, a Joint Motion to Dismiss, with prejudice, will be filed by the parties.

Very truly yours,

Eileen O'Neill

cc:    Mr. S. Gene Fendler (Via E-mail)
        Mr. David W. Leefe (Via E-mail)
        Ms. Carol Welborn Reisman (Via E-mail)
        Mr. Devin Chase Reid (Via E-mail)
        Mr. Hayden Burns (Via E-mail)

A Limited Liability Partnership

America Tower, 42nd Floor | 2929 Allen Parkway | Houston, Texas 77019-7101 | Tel 713-659-6400 | Fax 713-659-6262 | www.warejackson.com